# United States District Court

WESTERN DISTRICT OF WASHINGTON

RICKY WAYNE EVERETT

        v.

C/O HULBERT, SERGEANT WISTIE,
C/O KLAUK, C/O JEFFREY H. SANDERS

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C11-5775RJB

__   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

Plaintiff's motion to amend (Dkt. 10) **IS DENIED**;

The Report and Recommendation (Dkt. 7) **IS ADOPTED**;

This case is **DISMISSED WITHOUT PREJUDICE**.

  November 22, 2011                                              WILLIAM M. McCOOL
Date                                                               Clerk

                                                                         *s/CM Gonzalez*
                                                                         Deputy Clerk